UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Williamsburg National Insurance Company,<br><br>        Plaintiff,<br><br>   v.<br><br>New York Marine and General Insurance Company,<br><br>        Defendant. | Case No. CV 21-4377-RSWL-JDEx<br><br>**Order re Stipulated Protective Order** |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Joint Stipulated Protective Order (Dkt. 33) submitted by the parties hereto shall hereafter be effective in connection with the above-captioned litigation.

Dated: March 31, 2022

_____
JOHN D. EARLY
United States Magistrate Judge