**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMSBURG NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK MARINE AND GENERAL INSURANCE COMPANY, <br><br> Defendant. | Case No.: 2:21-cv-04377 RSWL (JDEx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Date Action Filed: 5/26/2021 |

Pursuant to the stipulation of Plaintiff Williamsburg National Insurance Company ("Williamsburg") and Defendant New York Marine and General Insurance Company ("New York Marine"), and for good cause appearing, the Court hereby orders that all claims against New York Marine should be and hereby are, dismissed with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: January 30, 2023

                                              */S/ RONALD S.W. LEW*
                                              Hon. Ronald S. W. Lew
                                              United States District Court Judge